IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CINDY L. ROMERO and CARLOS R. SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE,<br>D/B/A AND/OR A/K/A ALLSTATE INSURANCE CO., D/B/A AND/OR A/K/A ALLSTATE FIRE AND CASUALTY INSURANCE CO., D/B/A OR A/K/A ALLSTATE INSURANCE HOLDINGS, LLC, D/B/A AND/OR A/K/A ALLSTATE PROPERTY AND CASUALTY INSURANCE CO.,<br><br>Defendant. | CIVIL ACTION<br>NO. 16-4037 |

## ORDER

**AND NOW**, this 7th day of March, 2017, upon consideration of Defendant's Motion to Dismiss (Doc. #3) and Motion for Judgment on the Pleadings (Doc. #28), and all supporting and opposing papers, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss is **GRANTED**, and Count Three is **DISMISSED WITH PREJUDICE**.

2. The Motion for Judgment on the Pleadings is **GRANTED**, and Counts One and Four are also **DISMISSED WITH PREJUDICE**.

3. Defendant shall pay into court the $50,000 policy-limit insurance proceeds as previously tendered to Plaintiffs. The Clerk shall place those funds in

an interest-bearing account. Plaintiffs may thereafter claim those funds or seek proportional distribution by the Court.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.